1
2
3
4
5
6
7
8
9
10

The Honorable J. Creatura

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| DARIUS KHALEGHI,<br><br>         Plaintiff,<br><br>    v.<br><br>THE STATE OF WASHINGTON; DEPARTMENT OF SOCIAL AND HEALTH SERVICES (DSHS), and its employees TROY HUTSON, LEO RIBAS, DAVID STILLMAN and ADOLPHO CAPISTANTI,<br><br>         Defendants. | NO.  C10-5360 JRC<br><br>NOTICE OF CHANGE OF ADDRESS |

TO:         CLERK OF THE COURT;

AND TO:   ALL PARTIES AND COUNSEL OF RECORD

       PLEASE TAKE NOTICE that, **effective Friday, July 30, 2010**, the undersigned attorney will be relocating and the address, telephone number, and fax number for the undersigned attorney will be as follows (note that only our physical address is changing; the post office box, telephone number and fax number remain the same):

---

NOTICE OF CHANGE OF ADDRESS                    1                    ATTORNEY GENERAL OF WASHINGTON
                                                                    Torts Division
                                                                    1019 Pacific Ave., 3rd Floor
                                                                    P O Box 2317
                                                                    Tacoma WA 98401-2317
                                                                    (253) 593-5243

| | | | |
|---|---|---|---|
| 1 | Office of the Attorney General | Phone: | (253) 593-5243 |
| | Torts Division | Fax: | (253) 593-2449 |
| 2 | 1250 Pacific Avenue, Suite 105 | | |
| | P O Box 2317 | | |
| 3 | Tacoma, WA 98401-2317 | | |

4   The undersigned attorney requests that notice of any and all further proceedings in said

5   action be served upon the undersigned attorney at the address stated above.

6   **TRANSMISSION BY FAX DOES NOT CONSTITUTE SERVICE.**

7

8   DATED this 21st day of July, 2010.

9   　　　　　　　　　　　　　ROBERT M. MCKENNA
　　　　　　　　　　　　　　Attorney General

10

11   　　　　　　　　　　　　　/s/ *Matthew T. Kuehn*
　　　　　　　　　　　　　　MATTHEW KUEHN, WSBA No. 30419
　　　　　　　　　　　　　　Assistant Attorney General

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF CHANGE OF ADDRESS　　　　2　　　　ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July 2010, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Plaintiff's Attorney:

Richard H. Wooster
rich@mjwmlaw.com
Kram Johnson Wooster & McLaughlin, P.S.
1901 South I St.
Tacoma WA 98405

ROBERT M. MCKENNA
Attorney General

/s/ *Matthew T. Kuehn*
MATTHEW T. KUEHN, WSBA #30419
Assistant Attorney General
Attorneys for Defendants
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98402
(253) 593-5243
Mattk2@atg.wa.gov

NOTICE OF CHANGE OF ADDRESS   3   ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243