UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARIUS KHALEGHI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE STATE OF WASHINGTON; DEPARTMENT OF SOCIAL AND HEALTH SERVICES (DSHS), and its employees TROY HUTSON, LEO RIBAS, DAVID STILLMAN and ALDOLPHO CAPISTANTI,<br><br>　　　　　　Defendants. | CASE NO. C10-5360BHS<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE TRIAL, DENYING PLAINTIFF'S MOTION TO COMPEL, AND DENYING AS MOOT DEFENDANTS' MOTION TO SHORTEN TIME |

This matter comes before the Court on Plaintiff's ("Khaleghi") motion to compel (Dkt. 22) and Defendants' motions to continue trial (Dkt. 25) and to shorten time (Dkt. 27). The Court has considered the pleadings filed in support of and in opposition to the motions and the remainder of the file and hereby denies Khaleghi's motion to compel, grants Defendants' motion to continue, and denies Defendants' motion to shorten time for the reasons stated herein.

**I. DISCUSSION**

**A.　Defendants' Motion to Continue**

Defendants move the Court to continue the trial date until mid-October. Dkt. 25. Defendants argue that satisfying Khaleghi's discovery requests will require more time than available under the current trial schedule. *See id*. Khaleghi did not oppose this

ORDER - 1

motion. Pursuant to Local Rule CR 7(b)(2), the Court finds Defendants' motion meritorious.

Therefore, the Court concludes that Defendants have shown good cause to continue this case and trial is now set for October 18, 2011. A new case schedule will issue consistent with this new trial date.

**B.      Defendants' Motion to Shorten Time**

Defendants move the Court to shorten time, requesting that the Court consider Khaleghi's motion to compel (Dkt. 22) at the same time as Defendants' motion to continue trial (Dkt. 25). Dkt. 27.

Because the Court considers both the motion to compel and the motion to continue herein, Defendants' motion to shorten time is denied as moot.

**C.      Khaleghi Motion to Compel**

Khaleghi moves the Court to compel certain discovery that he believes is being improperly withheld by Defendants. Dkt. 22. In opposition, Defendants (1) agree the discovery should be turned over; (2) argue that they do not have access to the requested documents or such information does not exist; or (3) believe that Khaleghi is not entitled to the requested information.

Given that the trial date and other corresponding discovery deadlines are now being altered substantially, Khaleghi's motion is premature. Additionally, it appears that Defendants are in the process of turning over or have already turned over much of the requested discovery to Khaleghi.

In light of these facts, the Court concludes that the parties have both the time and obligation to work diligently to resolve this discovery dispute. The parties are reminded that discovery motions are disfavored and that discovery disputes are the obligation of the parties' counsel to resolve. However, should the parties be unable to resolve the discovery disputes identified within Khaleghi's motion to compel or any other discovery dispute,

ORDER - 2

the Court will consider a renewed motion at the appropriate time within the new case schedule.

Additionally, Khaleghi's motion for attorney fees, filed with the motion to compel, is denied.

## II. ORDER

Therefore, it is hereby **ORDERED** that

(1) Khaleghi's motion to compel (Dkt. 22) is **DENIED without prejudice** and no attorney fees are awarded;

(2) Defendants' motion to continue is **GRANTED** as discussed herein; and

(3) Defendants' motion to shorten time is **DENIED as moot**.

DATED this 9th day of March, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3